David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, MANUEL MACIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) MANUEL MACIEL, ) ) Defendant. ) | Case No. 1:13 CR 00401 AWI BAM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

    THE PARTIES HEREBY STIPULATE AND AGREED that the following four properties shall be allowed as collateral to secure defendant's release. This will be a secured bond of ALL the equity in all four properties, and shall not be less than $500,000.00.

    The owners and property addresses are as follows:

1. Norma Mendoza Guillen, 1014 S. McLean Drive, Santa Ana, CA 92704;

2. Mary Cruz Moreno, 12461 Morrie Lane, Garden Grove, CA

1  92840;

2  3. Maria Del Socorro Ramos & Kevin Irving Prado, 26521 Via

3  Gorrion, Mission Viejo, CA 92691; and

4  4. Basilio Prado, 2426 West California Street, Santa Ana, CA

5  92704.

6  Pretrial services has contacted the owners and is agreeable to

7  this request. All other orders and release conditions shall remain

8  in full force and effect.

9

10 Dated: December 4, 2013.          /s/ DAVID BALAKIAN
                                     David Balakian,
11                                   Attorney for Defendant,
                                     MANUEL MACIEL
12

13 Dated: December 4, 2013.          /s/ LAUREL MONTOYA
                                     Laurel Montoya,
14                                   Assistant U.S. Attorney.

15                                   Stipulation has been agreed to
                                     by Ms. Montoya.
16

17 IT IS SO ORDERED.

18   Dated:   **December 4, 2013**

19                                   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28