# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Manuel Maciel | Case No. 1:13CR00401-001 AWI BAM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Manuel Maciel_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release: Your travel is restricted to the Central District of California, except for court-related travel to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12/16/13    _____ 12-16-13
Signature of Defendant       Date        Signature of Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ 12/19/13
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 12/17/13
Signature of Defense Counsel    Date

### ORDER OF THE COURT
☒ The above modification of conditions of release is _____effective 12/19/13_____.
☐ The above modification of conditions of release is *not* ordered.

_____ 12/19/13
Judicial Officer Signature    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services