David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MANUEL MACIEL,<br><br>          Defendant | Case No.: 1:13 cr 00401 AWI-BAM<br><br>ORDER RELEASING PROPERTY FROM BOND AND RECONVEYED TO MARY CRUZ MORENO |

A bail review hearing was held on March 7, 2014, before the honorable Sheila K. Oberto. Mary Cruz Moreno requested her property be released from the bond in this matter and title reconveyed in her name. The government did not object. The court granted the request.

IT IS HEREBY ORDERED the property owned by Mary Cruz Moreno, deed number 2013000685547, be removed from the bond in this matter and reconveyed to Mary Cruz Moreno.

IT IS SO ORDERED.

Dated:  **April 28, 2014**          **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE


ORDER RELEASING PROPERTY FROM BOND AND RECONVEYED TO MARY CRUZ MORENO –
1