David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13 cr 00401 AWI-BAM |
| Plaintiff, | Stipulation and Order Modifying Conditions of Release |
| vs. | |
| MANUEL MACIEL, | |
| Defendant | |

THE PARTIES HEREBY STIPULATE AND AGREE that the defendant shall participate in a cognitive behavior treatment program as directed by the Pretrial Services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer.

All prior ordered conditions shall remain in full force and effect.

Pretrial Services has been informed and agrees with this request and stipulation.

//

Dated: June 10, 2015.      /s/ DAVID BALAKIAN
                           David Balakian,
                           Attorney for Defendant,
                           Manuel Maciel


Dated: June 10, 2015.      /s/ LAUREL MONTOYA
                           Laurel Montoya,
                           Assistant U.S. Attorney.
                           Ms. Montoya consents to this
                           request.

**ORDER**

IT IS SO ORDERED that defendant shall participate in a cognitive behavior treatment program as directed by the Pretrial Services officer. All prior ordered conditions shall remain in full force and effect.

Dated:   **June 11, 2015**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE