David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA  93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **MANUEL MACIEL**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL MACIEL,<br><br>    Defendant. | Case No.  1:13-cr-00401-DAD-BAM-1<br><br>STIPULATION AND ORDER AMENDING PRESENTENCE INVESTIGATION REPORT |

  THE PARTIES HEREBY STIPULATE AND AGREE that the Presentence Investigation Report shall be modified as follows:

  The Presentence Investigation Report, under Release Status, states that Mr. Maciel was released on property bond on November 5, 2013.

  The Presentence Investigation Report shall be modified and state that Mr. Maciel was released on property bond on December 12, 2013.

  Probation shall modify the Report accordingly.

///

///

///

///

///

1

| | | |
|---|---|---|
| 1 | Dated: August 30, 2017 | /s/ DAVID BALAKIAN |
| 2 | | David Balakian, |
| | | Attorney for Defendant, |
| 3 | | MANUEL MACIEL |
| 4 | Dated: August 30, 2017 | /s/ LAUREL MONTOYA |
| 5 | | Laurel Montoya, |
| | | Assistant U.S. Attorney |
| 6 | | Stipulation has been agreed to by |
| 7 | | Ms. Montoya. |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to modify the presentence report in this case. Good cause appearing, the probation officer shall modify the presentence investigation report to state that Mr. Maciel was released on property bond on December 12, 2013.

IT IS SO ORDERED.

Dated: **August 31, 2017**

_____
UNITED STATES DISTRICT JUDGE