David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, **MANUEL MACIEL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL MACIEL,<br><br>Defendant. | Case No.: 1:13 CR 00401 DAD<br><br>**[PROPOSED ORDER] EX PARTE APPLICATION FOR ORDER EXONERATING BONDS;ORDER** |

Defendant, MANUEL MACIEL, by and through his attorney of record, David Balakian, hereby request an order exonerating three outstanding bonds posted in this action.

Four property were posted on this action. One has already been exonerated by this Court.

The remaining three bonds are the following:

1. Deed of Trust number 2013000685548, dated December 11, 2013, Trustor Basilio Prado, a married man as his sole and separate property;

2. Deed of Trust number 2013000685549, dated December 11, 2013, Trustor Norma Mendoza Guillen, a single woman; and

3. Deed of Trust number 2013000685550, dated December 11, 2013, Trustors Maria Del Socorro Ramos, a single woman, and Kevin Irving Prado, a single man, as joint tenants.

On August 28, 2017, sentence was imposed, whereby Defendant was ordered to serve thirty-nine months in federal custody. He is presently in custody in FCI Florence, register number 70852-097.

Accordingly, exoneration of all bonds and reconveyance is requested.

Dated: October 29, 2017          /s/ DAVID BALAKIAN
                                 David Balakian,
                                 Attorney for Defendant,
                                 MANUEL MACIEL

## ORDER

It appearing that defendant has been remanded into custody in Case Number 1:13 CR 00401 DAD, bail is hereby ordered exonerated and the following properties reconveyed:

1. Deed of Trust number 2013000685548, Doc. 28 filed December 12, 2013, Trustor Basilio Prado, a married man as his sole and separate property;
2. Deed of Trust number 2013000685549, Doc. 29 filed December 12, 2013, Trustor Norma Mendoza Guillen, a single woman; and
3. Deed of Trust number 2013000685550, Doc. 30 filed December 12, 2013, Trustors Maria Del Socorro Ramos, a single woman, and Kevin Irving Prado, a single man, as joint tenants.

**IT IS SO ORDERED.**

Dated:    **November 2, 2017**           /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE